SECOND AMENDED COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONNIE ALLBAUGH, | : | CIVIL NO: 3:24-CV-2237 |
| Plaintiff, | : | (Judge Saporito) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| UNIVERSITY OF SCRANTON; | : | |
| Defendant | : | |

## ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiff's Second Amended Complaint and Brief in Support, and any response or opposition thereto, IT IS HEREBY ORDERED that:

1. Plaintiff's Second Amended Complaint is deemed properly filed;
2. Defendant shall file an answer or otherwise respond to the Second Amended Complaint within the time provided under the Federal Rules of Civil Procedure;
3. This matter shall proceed to discovery.

**IT IS SO ORDERED.**

_____
Susan E. Schwab
United State Magisterial Judge