UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONNIE ALLBAUGH, <br><br> Plaintiff <br><br> v. <br><br> UNIVERSITY OF SCRANTON, <br><br> Defendant. | CIVIL ACTION NO. 3:24-CV-2237 <br><br> (MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 28th day of August 2025, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, **IT IS HEREBY ORDERED** that Judge Schwab's Report and Recommendation is adopted as the decision of this Court. (Doc. 13). Allbaugh's objection is **OVERRULED**. (Doc. 14-1). The University of Scranton's motion to dismiss is **GRANTED**. (Doc. 7). Allbaugh's complaint is **DISMISSED without prejudice**. (Doc. 1). Allbaugh is **GRANTED** leave to file an amended complaint within **thirty (30) days** of this Order. The Court further **SANCTIONS** Allbaugh for violating this Court's local rules, directives on the use of generative artificial intelligence, and the Federal Rules of Civil Procedure. Allbaugh is hereby **ORDERED** to pay a $1,000.00 penalty to the Clerk of Court within **thirty (30) days** of this Order.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**